PROB 12C
(6/96)

# United States District Court

for

## WESTERN DISTRICT OF TEXAS

FILED
17 AUG -2 PM 2:42
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Anthony Lamont Taylor          Case Number: A-03-CR-280(1)-SS

Name of Sentencing Judicial Officer: Honorable Sam Sparks, U.S. District Judge

Date of Original Sentence: February 27, 2004

Original Offense: Ct. 3-Possession with Intent to Distribute over 500 grams of Cocaine, in violation of 21 U.S.C. § 841(a)(1); Ct. 4-Carry and Use of a Firearm during Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1).

Original Sentence: Sentenced to one hundred eighty-eight (188) months custody on Count 3, and a term of sixty (60) months custody on Count 4, to be served consecutively for a total of two hundred forty-eight (248) months custody; followed by five (5) years of supervised release on each of Counts 3 and 4, to be served concurrently, with drug treatment and financial disclosure

Type of Supervision: Supervised Release    Date Supervision Commenced: September 8, 2015

Assistant U.S. Attorney: Dan Mills            Defense Attorney: Jorge Sanchez (R)

---

### PREVIOUS COURT ACTION

On April 29, 2005, the defendant's sentence on Count 3 was reduced to 128 months custody for a total of 188 months in custody.

On July 21, 2008, the defendant's sentence on Count 3 was reduced to 103 months custody for a total of 163 months custody.

Taylor, Anthony Lamont
Petition for Warrant or Summons
Offender Under Supervision
Page 2

# PETITIONING THE COURT

[X]  To issue a warrant                    [ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Mandatory Condition #1:** "The defendant shall not commit another federal, state or local crime."

**Violation of Mandatory Condition #2:** "The defendant shall not illegal possess a controlled substance."

**Violation of Standard Condition #9**:  "The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the Probation Officer."

**Nature of Noncompliance**:  According to court documents, on July 13, 2017, Austin Police officers initiated a traffic stop on a silver 2004 Lexus TX LP GKR-7534 for a traffic violation. The vehicle continued to drive after the officers initiated their emergency lights on their police vehicle.  As the vehicle slowed down to stop, the passenger in the vehicle fled the vehicle on foot.  Officers chased the subject on foot. The subject was apprehended and placed in handcuffs. Officers found an HEB grocery bag near the subject.  The subject was taken into custody and identified as Eric Alan Porter a convicted felon. The driver of the vehicle was approached by officers and identified the driver of the vehicle as the defendant, Anthony Taylor.  Officers could smell a strong odor of marijuana coming from inside the vehicle.  Taylor was detained by officers.  Officers searched the HEB grocery bag and found a white, powdery brick like substance tightly wrapped in cellophane and a green leafy substance in a brick like form also wrapped in cellophane.  Officers identified the substances to be cocaine and marijuana.  Officers conducted a probable cause search of the vehicle.  Officers discovered a large amount of drug paraphernalia, to include a box of sandwich bags, baking soda used in the manufacturing of crack cocaine, two digital scales, razor blades with white powder residue, and a Newport cigarette box containing an off-white rock like substance believed to be crack cocaine. Anthony Taylor and Eric Porter were both placed under arrest for Possession of a Controlled Substance and both subjects were searched.  Officers found a large amount of cash (approximately 2,850.00) in Taylor's pants pocket.  The seized white, powdery, brick like substance had an approximate weight of 500 grams of cocaine. Taylor was arrested and charged with the offense of Possession of a Controlled Substance with Intent to Deliver-Cocaine, Cause **No. D-1-DC-17-204853.** On July 24, 2017, the defendant was released from the Travis County Jail after he posted bond.

Taylor, Anthony Lamont
Petition for Warrant or Summons
Offender Under Supervision
Page 3

**U. S. Probation Officer Recommendation:** The defendant's term of supervision should be revoked.

Approved by,

*[signature]*
Martha N. Davis, Supervising
U.S. Probation Officer

Respectfully submitted,

*[signature]*
Jerry Adams
Senior U.S. Probation Officer
Date: 8/2/2017

Received by,

*[signature]*
Gregg Sofer
Assistant U.S. Attorney

☑ recommend    ☐ does not recommend    Justification:_____

===============================================================

**THE COURT ORDERS:**

[ ] No Action

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Other

_____
Honorable Sam Sparks
U.S. District Judge

_____8-2-17_____
Date