IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. 1:03-CR-280(01)-SS |
| ANTHONY LAMONT TAYLOR | § | |

### AMENDED ORDER REVOKING SUPERVISED RELEASE[1]
### AND RE-SENTENCING OF DEFENDANT

On the 27th of October, 2017, came on to be heard before the court the motion filed by the United States Attorney for the Western District of Texas to revoke the supervised release term of the Defendant upon the ground that the Defendant had violated the conditions of supervised release; and came said United States Attorney and the Defendant in person and by counsel, and the court having considered the motion finds that the Defendant has violated the conditions of supervised release and that the ends of justice and the best interest of the public will not be served by continuing the Defendant on supervised release, and that the motion should be GRANTED.

IT IS ORDERED by the court that the term of probation included in the Judgment and Sentence imposed on February 27, 2004, by the Honorable Sam Sparks, United States District Judge for the Western District of Texas, Austin Division, is hereby revoked and set aside, and it is now the ORDER and SENTENCE of the court that the Defendant, ANTHONY LAMONT TAYLOR, be committed to the custody of the Bureau of Prisons to be imprisoned for a term of **THIRTY-SIX (36) MONTHS as to Count Three, with no term of supervised release to follow, and TWELVE (12) MONTHS as to Count Four, with a five-year-term of supervised release; imprisonment terms to run consecutively, for a TOTAL OF FORTY-EIGHT (48)**

---

[1] Order amended to reflect five years supervised release as to Count Four.

**MONTHS.** All of the original mandatory, standard, and special conditions of supervised release that were imposed at the time of his original sentence remain in full force and effect.

The Clerk shall provide the United States Marshal with a certified copy of this Order to be authority to the Marshal for his action in the premises.

The Defendant is continued in custody pending service of sentence

SIGNED this 6th day of November, 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE